June 12, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SCWYANA SMITH, Appellant

NO. 14-13-00904-CV                    V.

BEAR CREEK MEADOWS HOMEOWNERS ASSOCIATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 23, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Scwyana Smith.

We further order this decision certified below for observance.